CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mary Melton, Esq., SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MARTIN R. FOX (SBN: 155783)
mfox@bleaufox.com
MEGAN A. CHILDRESS (SBN: 266926)
mchildress@bleaufox.com
BLEAU FOX, A.P.L.C
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone: (323) 874-8613
Facsimile: (323) 874-1234
Attorneys for Defendants
Rosalyn J. Castello and Vallco 76 Service, Inc.

APPROVED
Judge Edward J. Davila
1/10/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROSALYN J. CASTELLO; VALLCO 76 SERVICE, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:17-CV-02113-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal				Case: 5:17-CV-02113-EJD

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 9, 2018        CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: January 9, 2018        BLEAU FOX, A.P.L.C

By: ___/s/ Megan A. Childress___
    Martin R. Fox
    Megan A. Childress
    Attorneys for Defendants
    Rosalyn J. Castello and Vallco 76 Service, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Megan A. Childress, counsel for Rosalyn J. Castello and Vallco 76 Service, Inc., and that I have obtained Ms. Childress's authorization to affix her electronic signature to this document.

Dated: January 9, 2018              CENTER FOR DISABILITY ACCESS

                                    By: ___/s/ Phyl Grace_____
                                        Phyl Grace
                                        Attorneys for Plaintiff